1  RYAN P. HAMMOND, WSBA #38888          The Honorable Lonny R. Suko
   THOMAS P. HOLT, WSBA #39722
2  LITTLER MENDELSON, P.C.
   One Union Square
3  600 University Street, Suite 3200
   Seattle, WA  98101.3122
   Telephone:  206.623.3300
4  Fax:  206.447.6965

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARON COMSTOCK, | Case No. CV-13-0132-LRS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MANORCARE HEALTH SERVICES and PATTI (sp) Doe, | |
| Defendants. | |

## **ORDER**

Based on the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted in the above-captioned case are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DONE this 6th DAY OF November, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
SENIOR U. S. DISTRICT COURT JUDGE

**ORDER OF DISMISSAL** - 1
**Cause No.  CV-13-00132-LRS**

LITTLER MENDELSON, P.C.

1  Presented by:

2

3  *s/Thomas P. Holt*
   Ryan P. Hammond, WSBA #38888
   rhammond@littler.com
4  Thomas P. Holt, WSBA #39722
   tholt@littler.com
5  LITTLER MENDELSON, P.C.

6  Attorneys for Defendant
   ManorCare Health Services

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**ORDER OF DISMISSAL** - 2
**Cause No. CV-13-00132-LRS**